**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MICHAEL MAKULA,

        PLAINTIFF,

        CIVIL ACTION NO. 07-10626

V.

        HONORABLE ARTHUR J. TARNOW

J.P. MORGAN CHASE BANK, *ET AL.*,    UNITED STATES DISTRICT JUDGE

        DEFENDANTS.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [D/E #2], GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT [D/E # 8 & 9], DISMISSING THE CASE WITH PREJUDICE

Having considered the parties motions, their briefs, and the arguments presented at oral argument on August 3, 2007, for the reasons stated on the record,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Preliminary Injunction is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' Motions for Summary Judgment are **GRANTED** and the case is **DISMISSED WITH PREJUDICE**.


        S/ARTHUR J. TARNOW
        Arthur J. Tarnow
        United States District Judge

Dated: August 3, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 3, 2007, by electronic and/or ordinary mail.

        S/THERESA E. TAYLOR
        Case Manager